## Commonwealth *v.* Jones, Appellant.

Argued June 11, 1969. *Anthony J. De Fino,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Barnett S. Lotstein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kelly, Appellant.

Submitted April 14, 1969. *Charles E. Dillon,* for appellant; *Robert F. Hawk,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.